| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAZ, ALBERT | 2. Court or Organization<br><br>FOURTH CIRCUIT | 3. Date of Report<br><br>07/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>FIFTH THIRD CENTER<br>201 N. TRYON ST., SUITE 1440<br>CHARLOTTE, NC 28202 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Contracts Law Drafting Committee, National Conference of Bar Examiners |
| 2. | Board of Advisors | Wake Forest University School of Law Journal of Law & Policy |
| 3. | Board of Advisors | George Mason Antonin Scalia Law School Judicial Education Program |
| 4. | Executive Committee (Budget Officer) | Appellate Judges Conference, American Bar Association |
| 5. | Board of Directors (Treasurer) | Appellate Judges Educational Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Judicial Retirement Plan, receiving annual pension from the State of North Carolina for prior service as a state trial judge |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2016 | Multistate Bar Exam Contracts Drafting Committee, National Conference of Bar Examiners stipend | $7,000.00 |
| 2. | 2016 | North Carolina Judicial Retirement | $21,597.03 |
| 3. | 2016 | Marquette University School of Law (Lecture) | $5,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Carolinas Healthcare System, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/04/16 to 2/07/16 | San Diego, CA | Attend mid-year bar meeting | Transportation, meals, hotel |
| 2. | Marquette University School of Law | 3/1/16 to 3/3/2016 | Milwaukee, WI | Deliver Lecture | Tranportation, meals, hotel, |
| 3. | New York University School of Law | 4/1/16 to 4/3/2016 | New York, NY | Attend Alumni Awards Dinner | Transportation, meals, hotel |
| 4. | National Conference of Bar Examiners | 4/7/16 to 4/10/16 | Santa Fe, NM | Attend contracts law committee meeting | Transportation, meals, hotel |
| 5. | Furman University | 4/17/16 | Greenville, SC | Preside over Moot Court competition | Transportation, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **DIAZ, ALBERT** | 07/15/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | US Marine Corps | 4/29/2016 | Camp Lejeune, NC | Attend and speak at Judge Advocate Dinner | Meals |
| 7. | North Carolina Bar Association | 7/7/2016 | Cary, NC | Speak at CLE Program | Transportation, Meals, |
| 8. | American Bar Association | 8/4/16 to 8/7/16 | San Francisco, CA | Attend annual meeting | Transportation, meals |
| 9. | National Conference of Bar Examiners | 9/8/16 to 9/11/16 | Portland, ME | Attend contracts law committee meeting | Transportation, meals, hotel |
| 10. | Just the Beginning Foundation | 9/15/16 to 9/18/16 | New York, NY | Attend conference | Transportation, meals, hotel |
| 11. | Liberty University School of Law | 9/24/16 to 9/25/16 | Lynchburg, VA | Preside over Moot Court competition | Transportation, meals, hotel |
| 12. | North Carolina State Bar | 10/27/16 | Raleigh, NC | Speak at Bar Dinner | Transportation, meals |
| 13. | George Mason Antonin Scalia Law School | 12/1/16 to 12/3/16 | Arlington, VA | Attend judicial education program | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 07/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Law Clerks | Painting for Five Year Reunion (2015) | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sigma Development Co., Inc. | Rental Agreement (Guaranty) | J |
| 2. | American Express | Revolving Charge Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 07/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Primecap Fund Admiral IRA | D | Dividend | M | T | | | | | |
| 2. Vanguard 500 Index Fund Admiral IRA | B | Dividend | M | T | | | | | |
| 3. T. Rowe Price Mid Cap Growth Fund IRA | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Prime Reserve Fund | A | Dividend | | | Sold | 06/06/16 | J | | |
| 5. T. Rowe Price Capital Appreciation Fund IRA | B | Dividend | K | T | | | | | |
| 6. USAA Insurance Co. Subscriber Account | | None | J | T | | | | | |
| 7. Navy Federal Credit Union Accounts | A | Interest | K | T | | | | | |
| 8. Vanguard Total Stock Market Index Fund Institutional Shares 401K | B | Int./Div. | L | T | | | | | |
| 9. Vanguard Total Bond Index Fund Institutional Shares 401K | C | Int./Div. | M | T | | | | | |
| 10. Vanguard Midcap Index Fund Institutional Shares 401K | A | Int./Div. | L | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 07/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V (Gifts): I received the gift reported in Part V from my law clerks in 2015 during my five-year reunion. I mistakenly neglected to report it last year.

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 07/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALBERT DIAZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544